☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Mad About Gardening, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **Toland Flags** |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 7 – 1 0 4 3 5 1 0 |

**4. Debtor's address**

**Principal place of business**

**26296 Twelve Trees Ln NW, Ste 100**
Number    Street

**Poulsbo, WA 98370-9435**
City    State    ZIP Code

**Kitsap**
County

**Mailing address, if different from principal place of business**

Number    Street

City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City    State    ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **tolandflags.com** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**4   2   4   9**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                  MM / DD / YYYY

        District _____ When _____ Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **Bruce Solly and Traci Tanner**       Relationship **Managing Member**

        District **Western District of Washington**       When _____
                                                   MM / DD / YYYY

        Case number, if known _____

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|
| | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____ |
| | _____    _____ |
| | Number            Street |
| | _____ |
| | _____  _____  _____ |
| | City                     State    ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.   Insurance agency _____ |
| | Contact name _____ |
| | Phone _____ |

---

## Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ☑ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | | | | | |
|---|---|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | | ☐ $500,000,001-$1 billion | |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | | ☐ $1,000,000,001-$10 billion | |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | | ☐ $10,000,000,001-$50 billion | |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | | ☐ More than $50 billion | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/04/2024__
            MM/ DD/ YYYY

**X** __/s/ Bruce W. Solly__                          __Bruce W. Solly__
Signature of authorized representative of debtor         Printed name

Title          __Owner/Managing Member__

**18. Signature of attorney**

**X** __/s/ Kathryn P. Scordato__        Date __06/04/2024__
Signature of attorney for debtor                          MM/ DD/ YYYY

__Kathryn P. Scordato__
Printed name

__Scordato Law, PLLC__
Firm name

__PO Box 1962__
Number       Street

__Seattle__                      __WA__     __98111-1962__
City                                 State     ZIP Code

__(206) 223-9595__              __kathryn@scordatolaw.com__
Contact phone                         Email address

__41922__                        __WA__
Bar number                         State

## Additional Page

10. Continued

Debtor  **Marketing Resource Group, Inc.**

Relationship  **Managing Member of Debtor is President and Minority Shareholder**

District  **Western District of Washington**

When

MM / DD / YYYY

Case number, if known

Fill in this information to identify the case:

Debtor Name **Mad About Gardening, LLC**

United States Bankruptcy Court for the: **Western** District of **Washington**

(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **Banner Bank** | **Checking account** | **1 6 0 1** | **$144.42** |

4. **Other cash equivalents** *(Identify all)*

   4.1

   4.2

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$144.42**

| Part 2: | Deposits and prepayments |
|---------|--------------------------|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1

   7.2

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1 _____    _____

    8.2 _____    _____

9. **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.    [_____]

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: _____ - _____ =.... ➔    _____

                   face amount      doubtful or uncollectible accounts

    11b. Over 90 days old: _____ - _____ =.... ➔    _____

                   face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    [_____]

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____    _____    _____

    14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                    % of ownership:

    15.1. _____    _____    _____    _____

    15.2. _____    _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

16.1 _____  _____  _____

16.2 _____  _____  _____

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.                                    | _____ |

---

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| Finished Goods | 12/31/2023 MM / DD / YYYY | $130,325.08 | _____ | $130,325.08 |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.                                    | $130,325.08 |

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ | _____ |
| 29. | **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | _____ | _____ | _____ | _____ |
| 30. | **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | _____ | _____ | _____ | _____ |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| | _____ | _____ | _____ | _____ |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |
| | _____ | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| |
|---|
| _____ |

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |

| | | | |
|---|---|---|---|
| **40.** | **Office fixtures** | | |

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

| | Net book value | | Current value |
|---|---|---|---|
| 5 Sublimation Printers | $36,465.54 | | $36,465.54 |
| 1 Mat Applicator/Bander/Sealer (Custom MO-VLAP-M) | $12,801.44 | | $12,801.44 |
| 1 Autobagger | $24,405.10 | | $24,405.10 |
| 2 Packaging Equipment/Machines | $33,373.60 | | $33,373.60 |

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$107,045.68

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____

47.2 _____

47.3 _____

47.4 _____

48. **Watercraft, trailers, motors, and related accessories** Examples:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    48.1 _____   _____  _____  _____

    48.2 _____   _____  _____  _____

49. **Aircraft and accessories**

    49.1 _____   _____  _____  _____

    49.2 _____   _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

    _____   _____  _____  _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                          [ _____ ]

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.   [ _____ ]

---

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **tolandflags.com** | **unknown** | | **unknown** |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **Mailing List and Customer Database** | **$5,000.00** | | **$5,000.00** |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

**$5,000.00**

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➡    _____
                             Total face amount    doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

**73.** **Interests in insurance policies or annuities**

_____    _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    _____

**Nature of claim**    _____

**Amount requested**    _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    _____

**Nature of claim**    _____

**Amount requested**    _____

**76.** **Trusts, equitable or future interests in property**

_____    _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    _____

_____    _____

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.    [_____]

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $144.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $130,325.08 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $107,045.68 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................➜ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $242,515.18 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................... | | $242,515.18 |

Fill in this information to identify the case:

Debtor name **Mad About Gardening, LLC**

United States Bankruptcy Court for the: **Western** District of **Washington**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| **Amazon Capital Services, Inc.** | Banner Bank, Finished Goods | **$31,285.80** | **$130,469.50** |

**Creditor's mailing address**

**410 Terry Ave N**

**Seattle, WA 98109**

**Describe the lien**

**UCC Lien**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** 1/30/2019

**Last 4 digits of account number** 3 3 2 6

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

For Banner Bank: **1) Amazon Capital Services, Inc.;** 2) LG Funding, LLC; 3) OnDeck; 4) US Small Business Administration; 5) Paypal, Inc.; 6) Onramp; For Finished Goods: **1) Amazon Capital Services, Inc.;** 2) OnDeck; 3) US Small Business Administration; 4) Paypal, Inc.; 5) Onramp

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $913,633.06

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2** **Creditor's name**

CIT/Direct Capital

**Creditor's mailing address**

**155 Commerce Way**

**Portsmouth, NH 03801-3243**

**Creditor's email address, if known**

_____

**Date debt was incurred**    2/2/2021

**Last 4 digits of account**    **2 0 0 0**
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

       **1) CIT/Direct Capital**; 2) OnDeck; 3) US Small Business Administration; 4) Paypal, Inc.; 5) Onramp

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

5 Sublimation Printers             **$9,950.16**        **$36,465.54**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Creditor secured on 2 printers, described as follows in the UCC Filing as follows:
"QTY (1): Mutoh RJ-900X 44" Printer Inkjet with stands
QTY (1): Take Up System RJ 900X mutoh Printer
Together with all replacements, parts, repairs, additions, accessions and accessories incorporated therein or affixed thereto and any and all proceeds of the foregoing, including, without limitation, insurance proceeds."

Case 24-11395-CMA     Doc 1     Filed 06/04/24     Ent. 06/04/24 10:15:35     Pg. 16 of 59

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3  Creditor's name**

**CIT/Direct Capital**

**Creditor's mailing address**

**155 Commerce Way**

**Portsmouth, NH 03801-3243**

**Creditor's email address, if known**

_____

Date debt was incurred        **7/8/2022**

Last 4 digits of account        **0  0  0  0**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **1) CIT/Direct Capital**; 2) OnDeck; 3) US Small Business Administration; 4) Paypal, Inc.; 5) Onramp

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1 Mat Applicator/Bander/Sealer (Custom MO-VLAP-M)       **$13,960.44**       **$12,801.44**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — Amount of claim — Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

**2.4** Creditor's name

**LG Funding, LLC**

**Describe debtor's property that is subject to a lien**

Banner Bank                                        $66,600.00          $144.42

Creditor's mailing address

**1218 Union St**

**Brooklyn, NY 11225-1512**

**Describe the lien**

**UCC Lien**

Creditor's email address, if known

_____

Date debt was incurred        5/6/2024

Last 4 digits of account number        _ _ _ _

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines   2.1

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** **Creditor's name**

**OnDeck**

**Creditor's mailing address**

**Attn: Director of Operations**

**4700 W Daybreak Pkwy Ste 200**

**South Jordan, UT 84009-5133**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **12/13/2023**

**Last 4 digits of account**    **3  7  7  7**
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No.  Specify each creditor, including this creditor, and its relative priority.

        **See continuation page.**

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Banner Bank, Finished Goods, Mailing List and Customer Database, tolandflags.com, 1 Autobagger, 1 Mat Applicator/Bander/Sealer (Custom MO-VI AP-M), 2 Packaging Equipment/Machines, 5 Sublimation Printers

**Describe the lien**

**UCC Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$210,271.30**

Column B: **$242,515.18**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Part 1:**  Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6**  **Creditor's name**

**Onramp**

**Creditor's mailing address**

**1705 S Capital of Texas Hwy**

**Austin, TX 78746-6558**

**Creditor's email address, if known**

_____

Date debt was incurred        **3/29/24**

Last 4 digits of account        __ __ __ __
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the
        relative priority?

    ☐ No.  Specify each creditor, including
            this creditor, and its relative
            priority.

            _____

            _____

    ☑ Yes. The relative priority of creditors
            is specified on lines
            **2.1, 2.2, 2.3, 2.5**

**Describe debtor's property that is subject to a lien**

1 Autobagger, 1 Mat Applicator/Bander/Sealer (Custom MO-VLAP-M), 2 Packaging Equipment/Machines, 5 Sublimation Printers, Banner Bank, Finished Goods, Mailing List and Customer Database, tolandflags.com

**Describe the lien**

**UCC Lien filed on 5/21/24**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

|  | Column A | Column B |
|---|---|---|
| | $72,599.73 | $242,515.18 |

Case 24-11395-CMA    Doc 1    Filed 06/04/24    Ent. 06/04/24 10:15:35    Pg. 20 of 59

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7**   **Creditor's name**

**Paypal, Inc.**

**Creditor's mailing address**

**Attn: Legal Specialists**

**PO Box 45950**

**Omaha, NE 68145-0950**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **11/15/2023**

**Last 4 digits of account
number**    ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes. Have you already specified the
relative priority?

     ☐ No. Specify each creditor, including
this creditor, and its relative
priority.

         _____

         _____

     ☑ Yes. The relative priority of creditors
is specified on lines
   **2.1, 2.2, 2.3, 2.5**

**Describe debtor's property that is subject to a lien**

1 Autobagger, 1 Mat Applicator/Bander/Sealer (Custom
MO-VLAP-M), 2 Packaging Equipment/Machines, 5
Sublimation Printers, Banner Bank, Finished Goods,
Mailing List and Customer Database, tolandflags.com

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

                            **$15,053.94**        **$242,515.18**

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|----------|----------|
| | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.8** Creditor's name

**US Small Business Administration**

Creditor's mailing address

**CESC - COVID EIDL Service Center**

**14925 Kingsport Rd**

**Fort Worth, TX 76155-2243**

Creditor's email address, if known

Date debt was incurred    **6/20/2020**

Last 4 digits of account number    **7 9 0 3**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines
   **2.1, 2.2, 2.3, 2.5**

Describe debtor's property that is subject to a lien

1 Autobagger, 1 Mat Applicator/Bander/Sealer (Custom MO-VLAP-M), 2 Packaging Equipment/Machines, 5 Sublimation Printers, Banner Bank, Finished Goods, Mailing List and Customer Database, tolandflags.com

Describe the lien

**UCC Lien**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $493,911.69 | $242,515.18 |

| Part 1: | Additional Page |
|---------|-----------------|

**2.5** **Creditor's name**

**OnDeck**

**Specify each creditor, including this creditor, and its relative priority.**

For Banner Bank: 1) Amazon Capital Services, Inc.; 2) LG Funding, LLC; **3) OnDeck**; 4) US Small Business Administration; 5) Paypal, Inc.; 6) Onramp; For Finished Goods: 1) Amazon Capital Services, Inc.; **2) OnDeck**; 3) US Small Business Administration; 4) Paypal, Inc.; 5) Onramp; For Mailing List and Customer Database: **1) OnDeck**; 2) US Small Business Administration; 3) Paypal, Inc.; 4) Onramp; For tolandflags.com: **1) OnDeck**; 2) US Small Business Administration; 3) Paypal, Inc.; 4) Onramp; For 1 Autobagger: **1) OnDeck**; 2) US Small Business Administration; 3) Paypal, Inc.; 4) Onramp; For 1 Mat Applicator/Bander/Sealer (Custom MO-VI AP-M): 1) CIT/Direct Capital; **2) OnDeck**; 3) US Small Business Administration; 4) Paypal, Inc.; 5) Onramp; For 2 Packaging Equipment/Machines: **1) OnDeck**; 2) US Small Business Administration; 3) Paypal, Inc.; 4) Onramp; For 5 Sublimation Printers: 1) CIT/Direct Capital; **2) OnDeck**; 3) US Small Business Administration; 4) Paypal, Inc.; 5) Onramp

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|-------------------------------------------------|
| **CHTD Company**<br>**PO Box 2576**<br>**Springfield, IL 62708-2576** | Line 2. **2** | __ __ __ __ |
| **Financial Agent Services**<br>**PO Box 2576**<br>**Springfield, IL 62708-2576** | Line 2. **3** | __ __ __ __ |
| **CT Corporation System**<br>**Attn: SPRS**<br>**330 N Brand Blvd Ste 700**<br>**Glendale, CA 91203-2336** | Line 2. **4** | __ __ __ __ |
| **Corporation Service Company**<br>**PO Box 2576**<br>**Springfield, IL 62708-2576** | Line 2. **5** | __ __ __ __ |
| **Alien Finance, LLC**<br>**5830 E 2nd St Ste 7000 Pmb 5788**<br>**Casper, WY 82609-4308** | Line 2. **6** | __ __ __ __ |
| **CT Corporation System**<br>**Attn: SPRS**<br>**330 N Brand Blvd Ste 700**<br>**Glendale, CA 91203-2336** | Line 2. **6** | __ __ __ __ |
| **Corporation Service Company**<br>**PO Box 2576**<br>**Springfield, IL 62708-2576** | Line 2. **7** | __ __ __ __ |
| **US Small Business Administration**<br>**409 3rd St SW**<br>**Washington, DC 20416** | Line 2. **8** | __ __ __ __ |
| **US Small Business Administration**<br>**2401 4th Ave Ste 400**<br>**Seattle, WA 98121** | Line 2. **8** | __ __ __ __ |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **US Attorney's Office**<br>**Attn: Civil Process Clerk**<br>**700 Stewart St Room 5220**<br>**Seattle, WA 98101** | Line 2. **8** | ___ ___ ___ ___ |
| **US Small Business Administration**<br>**10737 Gateway Blvd W Ste 300**<br>**El Paso, TX 79935-4910** | Line 2. **8** | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor name    **Mad About Gardening, LLC**

United States Bankruptcy Court for the:

   **Western District of Washington**

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.**   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

**Internal Revenue Service**

**PO Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

Remarks: Notice Only

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **unknown**    Priority amount: **unknown**

**2.2**   Priority creditor's name and mailing address

**WA Dept. of Labor and Industries**

**Collections**

**PO Box 44171**

**Olympia, WA 98504-4171**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

Remarks: Notice Only

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **unknown**    Priority amount: **unknown**

## Part 1: Additional Page

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | unknown |

**WA Dept. of Revenue**

**Bankruptcy/Claims Unit**

**2101 4th Ave Ste 1400**

**Seattle, WA 98121-2379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

Remarks: Notice Only

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | unknown |

**WA Employment Security Dept.**

**UI Tax Admin**

**PO Box 9046**

**Olympia, WA 98507-9046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

Remarks: Notice Only

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Apanage Corporation**

**26296 Twelve Trees Ln NW Ste B**

**Poulsbo, WA 98370-9435**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:  **Commercial Lease**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Amount of claim: **unknown**

---

**3.2** Nonpriority creditor's name and mailing address

**Bluevine**

**401 Warren St Ste 300**

**Redwood City, CA 94063-1536**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Amount of claim: **$43,785.02**

---

**3.3** Nonpriority creditor's name and mailing address

**Cox & Garcia PS**

**10655 NE 4th St Ste 300**

**Bellevue, WA 98004-5086**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Tax Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Amount of claim: **$1,158.00**

---

**3.4** Nonpriority creditor's name and mailing address

**Digital Elements DBA 8A**

**11 Cornell Pl**

**New Rochelle, NY 10804-3701**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Amount of claim: **$10,440.32**

Case 24-11395-CMA    Doc 1    Filed 06/04/24    Ent. 06/04/24 10:15:35    Pg. 28 of 59

| **Part 2:** | Additional Page |
|---|---|

**3.5** | Nonpriority creditor's name and mailing address

**Goldman Sachs**

**PO Box 46400**

**Salt Lake City, UT 84145**

Date or dates debt was incurred

Last 4 digits of account number    2  8  2  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$85,342.62

**3.6** | Nonpriority creditor's name and mailing address

**Marketing Resource Group**

**26296 Twelve Trees Ln NW, Ste 100**

**Poulsbo, WA 98370-9435**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Inventory**

Is the claim subject to offset?
☑ No
☐ Yes

$1,372,340.39

Case 24-11395-CMA    Doc 1    Filed 06/04/24    Ent. 06/04/24 10:15:35    Pg. 29 of 59

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$1,513,066.35** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,513,066.35** |

Case 24-11395-CMA    Doc 1    Filed 06/04/24    Ent. 06/04/24 10:15:35    Pg. 30 of 59

Fill in this information to identify the case:

Debtor name      **Mad About Gardening, LLC**

United States Bankruptcy Court for the:

     **Western District of Washington**

Case number (if known): _____ Chapter   **7**

☐ Check if this is an
     amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases      12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | **Commercial Real Estate** | **Apanage Corporation** |
| | **Contract to be REJECTED** | **26296 Twelve Trees Ln NW Ste B** |
| State the term remaining | **0 months** | **Poulsbo, WA 98370-9435** |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Case 24-11395-CMA    Doc 1    Filed 06/04/24    Ent. 06/04/24 10:15:35    Pg. 31 of 59

Debtor name       **Mad About Gardening, LLC**

United States Bankruptcy Court for the:       **Western**       District of       **Washington**
                                                                                       (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

**Official Form 206H**

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.   Does the debtor have any codebtors?**

☐   No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑   Yes

**2.   In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| **2.1  Solly, Bruce Warren** | **1630 NW Nassau Ct**<br>Street<br><br>**Poulsbo, WA 98370-9408**<br>City          State          ZIP Code | **CIT/Direct Capital** | ☑ D<br>☐ E/F<br>☐ G |
| | | **CIT/Direct Capital** | ☑ D<br>☐ E/F<br>☐ G |
| | | **US Small Business Administration** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Amazon Capital Services, Inc.** | ☑ D<br>☐ E/F<br>☐ G |
| | | **OnDeck** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Onramp** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Paypal, Inc.** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2  _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.3 | _____ | _____ Street _____ _____ City    State    ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.4 | _____ | _____ Street _____ _____ City    State    ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.5 | _____ | _____ Street _____ _____ City    State    ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.6 | _____ | _____ Street _____ _____ City    State    ZIP Code | _____ | ❏ D ❏ E/F ❏ G |

# Mad About Gardening
## Profit & Loss
### January 1 through May 23, 2024

| | Jan 1 - May 23, 24 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 43000 · Damaged/Refunds | -14,328.29 |
| 46000 · Sales FBM Amazon | 134,286.80 |
| 46010 · Sales Ebay | 37,556.95 |
| 46020 · Sales TolandFlags.com | 189,102.82 |
| 46030 · Sales Walmart | 38,017.02 |
| 46040 · Sales FBA  Amazon | 136,585.89 |
| 46050 · Sales-Michael's | 19,143.91 |
| 46055 · Sales OTC | 11,446.80 |
| **Total Income** | 551,811.90 |
| **Cost of Goods Sold** | |
| 52300 · Product Samples Expense | 245.70 |
| 61300 · Merchandise FBM | 64,184.50 |
| 61310 · Merchandise Ebay | 22,113.50 |
| 61315 · Merchandise TF.com | 120,311.53 |
| 61320 · Merchandise Walmart | 20,546.00 |
| 61325 · Merchandise FBA Sold | 148,623.21 |
| 61335 · Merchandise Michael's | 10,441.09 |
| 61340- · Merchandise-OTC | 7,209.02 |
| **Total COGS** | 393,674.55 |
| **Gross Profit** | 158,137.35 |
| **Expense** | |
| 51800 · Merchant Account Fees | 132,812.19 |
| 60000 · Advertising and Promotion | 90,604.78 |
| 60410 · Onramp fees | 18,637.36 |
| 60415 · Bluevine fees | 7,885.54 |
| 60420 · Ondeck Fees | 61,537.94 |
| 61175 · Accounting | 125.96 |
| 61530 · Website Expense | 3,500.00 |
| 64900 · Office Supplies | 3,114.18 |
| 65000 · Insurance | 2,182.56 |
| 65100 · Wages | 45,749.60 |
| 65200 · ER payroll taxes | 18,748.09 |
| 65300 · L&I TAX | 613.08 |
| 66500 · Shipping | 230,635.27 |
| 66550 · Amazon Inventory Storage FBA | 10,007.21 |
| 66700 · Professional Fees | 3,326.93 |
| 67200 · Repairs and Maintenance | 40.13 |
| **Total Expense** | 629,520.82 |
| **Net Ordinary Income** | -471,383.47 |
| **Other Income/Expense** | |
| **Other Expense** | |
| 69000 · Depreciation | 4,460.25 |
| 92000 · Interest Expense | 36,037.50 |
| **Total Other Expense** | 40,497.75 |
| **Net Other Income** | -40,497.75 |
| **Net Income** | **-511,881.22** |

Fill in this information to identify the case:

Debtor name      **Mad About Gardening, LLC**

United States Bankruptcy Court for the:

      **Western District of Washington**

Case number (if known):               Chapter   **7**

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

**1. Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

**1a. Real Property:**

Copy line 88 from *Schedule A/B*..............................................................................

**$0.00**

**1b. Total personal property:**

Copy line 91A from *Schedule A/B*..............................................................................

**$242,515.18**

**1c. Total of all property:**

Copy line 92 from *Schedule A/B*..............................................................................

**$242,515.18**

**Part 2:** Summary of Liabilities

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

**$913,633.06**

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

**3a. Total claim amounts of priority unsecured claims:**

Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................

**$0.00**

**3b. Total amount of claims of non-priority amount of unsecured claims:**

Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................

**+**   **$1,513,066.35**

**4. Total liabilities**...........................................................................................................

Lines 2 + 3a + 3b

**$2,426,699.41**

☐ Check if this is an
amended filing

### Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

**1.**   **Gross revenue from business**

    ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$551,811.90** |
| **For prior year:**   From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,711,387.24** |
| **For the year before that:**   From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,691,381.15** |

**2.**   **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:**   From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:**   From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| Debtor | **Mad About Gardening, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** **Onramp** <br> Creditor's name <br> **1705 S Capital of Texas Hwy** <br> Street <br><br> **Austin, TX 78746-6578** <br> City · State · ZIP Code | **2/1/24 to Present** | **$50,672.73** | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| **3.2.** **OnDeck** <br> Creditor's name <br> **4700 W Daybreak Pkwy Ste 200** <br> Street <br> **Attn: Director of Operations** <br> **South Jordan, UT 84009-5133** <br> City · State · ZIP Code | **2/1/24 to Present** | **$211,271.30** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| **3.3.** **Bluevine** <br> Creditor's name <br> **401 Warren St Ste 300** <br> Street <br><br> **Redwood City, CA 94063-1536** <br> City · State · ZIP Code | **2/1/24 to Present** | **$43,183.61** | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| **3.4.** **Amazon Capital Services, Inc.** <br> Creditor's name <br> **410 Terry Ave N** <br> Street <br><br> **Seattle, WA 98109** <br> City · State · ZIP Code | **2/1/24 to Present** | **$42,113.31** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| **3.5.** **Goldman Sachs** <br> Creditor's name <br> **PO Box 46400** <br> Street <br><br> **Salt Lake City, UT 84145** <br> City · State · ZIP Code | **2/1/24 to Present** | **$85,961.41** | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

| Debtor | **Mad About Gardening, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| 3.6. | **US Small Business Administration** | **2/1/24 to** | **$494,855.61** | ☑ Secured debt |
|---|---|---|---|---|
| | Creditor's name | **Present** | | ☐ Unsecured loan repayments |
| | **14925 Kingsport Rd** | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | **CESC - COVID EIDL Service Center** | | | ☐ Other _____ |
| | **Fort Worth, TX 76155-2243** | | | |
| | City                    State      ZIP Code | | | |

| 3.7. | **Marketing Resource Group, Inc.** | **2/1/24 to** | **$989,469.24** | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's name | **Present** | | ☐ Unsecured loan repayments |
| | **26296 Twelve Trees Ln NW, Ste 100** | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other _____ |
| | **Poulsbo, WA 98370-9435** | | | |
| | City                    State      ZIP Code | | | |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Marketing Resource Group** | **April 2023** | **$779,098.76** | **Vendor - Payment for Inventory** |
| Creditor's name | **to April** | | |
| **26296 Twelve Trees Ln Nw Ste 100** | **2024** | | |
| Street | | | |
| **Poulsbo, WA 98370-9435** | | | |
| City                    State      ZIP Code | | | |
| Relationship to debtor | | | |
| **Same Ownership** | | | |
| 4.2.  **Bruce Solly** | **April 2023** | **$48,383.87** | **Payroll** |
| Creditor's name | **to April** | | |
| **1630 NW Nassau Ct** | **2024** | | |
| Street | | | |
| **Poulsbo, WA 98370-9408** | | | |
| City                    State      ZIP Code | | | |
| Relationship to debtor | | | |
| **Owner** | | | |

4.3.    **Traci Tanner**                    **April 2023**    **$29,912.40**      **Payroll** _____
        _____           **to April**
        Creditor's name                     **2024**
        **1630 NW Nassau Ct**                                                     _____
        _____
        Street
        _____
        **Poulsbo, WA 98370-9408**                                               _____
        _____
        City              State   ZIP Code

        | Relationship to debtor |
        
        **Spouse of Owner**
        _____

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City     State   ZIP Code | _____ | _____ | _____ |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City     State   ZIP Code | _____<br><br>XXXX– __ __ __ __ | _____ | _____ |

**Part 3:**    Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|

_____   _____

| Case number | | Name _____ | ☐ Pending |
|---|---|---|---|

Street _____

☐ On appeal

☐ Concluded

_____

City          State    ZIP Code

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name
_____

| Case title | Court name and address |
|---|---|

Street
_____

_____

Name _____

_____

| Case number | Street _____ |
|---|---|

City          State    ZIP Code

_____

_____

| Date of order or assignment | City          State    ZIP Code |
|---|---|

_____

**Part 4:**  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name
_____

_____   _____

Street
_____

_____

City          State    ZIP Code

| Recipient's relationship to debtor |
|---|

_____

**Part 5:**  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

---

**Part 6:** Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Scordato Law, PLLC** | **Attorney's Fee** | **5/7/2024** | **$2,500.00** |
| | **Filing Fee** | | **$338.00** |

Address

**Po Box 1962**
Street

**Seattle, WA 98111-1962**
City            State    ZIP Code

Email or website address

**kathryn@scordatolaw.com**

Who made the payment, if not debtor?

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Trustee | | | |
| _____ | | | |

**13.** **Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

Address

Street

City　　　　　　State　　ZIP Code

Relationship to debtor

---

**Part 7:** Previous Locations

**14.** **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street | From ———— To ———— |
| | City　　　　State　　ZIP Code | |

---

**Part 8:** Health Care Bankruptcies

**15.** **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br><br>Facility name _____<br><br>Street _____<br><br>City    State   ZIP Code | _____<br><br>**Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider.<br>_____ | _____<br><br>**How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. **Name, address, and email address** _____

    Does the debtor have a privacy policy about that information?

      ☐ No

      ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

    Has the plan been terminated?

      ☐ No

      ☐ Yes

---

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>City    State   ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------------------------------------------|-----------------------------------|-----------------------------|----------------------------|
|      |                                          |                                   |                             | ☐ No |
|      | Name                                     |                                   |                             | ☐ Yes |
|      | Street                                   |                                   |                             | |
|      |                                          | Address                           |                             | |
|      | City          State    ZIP Code          |                                   |                             | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|---------------------------|-----------------------------------|-----------------------------|----------------------------|
|      |                           |                                   |                             | ☐ No |
|      | Name                      |                                   |                             | ☐ Yes |
|      | Street                    |                                   |                             | |
|      |                           | Address                           |                             | |
|      | City          State    ZIP Code |                             |                             | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|-----------------------------|-------|
|                          |                          |                             |       |
| Name                     |                          |                             |       |
| Street                   |                          |                             |       |
|                          |                          |                             |       |
| City          State    ZIP Code |                   |                             |       |

---

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Case 24-11395-CMA    Doc 1    Filed 06/04/24    Ent. 06/04/24 10:15:35    Pg. 44 of 59

■   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ☑ No

   ☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| | Street _____ | _____ | ☐ Concluded |
| _____ | | _____ | |
| | City _____ State _ ZIP Code | _____ | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☑ No

   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | _____ | _____ |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City _____ State _ ZIP Code | City _____ State _ ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

   ☑ No

   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | _____ | _____ |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City _____ State _ ZIP Code | City _____ State _ ZIP Code | | |

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☑ None

Case 24-11395-CMA    Doc 1    Filed 06/04/24    Ent. 06/04/24 10:15:35    Pg. 45 of 59

| Debtor | **Mad About Gardening, LLC** | | Case number *(if known)* _____ |
|---|---|---|---|

Name

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

25.1.

| Name | | EIN: __ __ – __ __ – __ __ __ __ __ |
|---|---|---|
| Street | | **Dates business existed** |
| | | From _____ To _____ |
| City | State | ZIP Code |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.
**Cori Boyd**
Name
**112 Cressey Ln**
Street

**Port Ludlow, WA 98365-8210**
City                State                ZIP Code

From **2012**    To **Present**

| Name and address | Dates of service |
|---|---|

26a.2.
**Jan Kallshian**
Name
**20133 33rd Ave NE**
Street

**Arlington, WA 98223-4249**
City                State                ZIP Code

From **2010**    To **Present**

| Name and address | Dates of service |
|---|---|

26a.3.
**Bruce Solly**
Name
**1630 NW Nassau Ct**
Street

**Poulsbo, WA 98370-9408**
City                State                ZIP Code

From **2009**    To **Present**

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1.
**Cori Boyd**
Name
**112 Cressey Ln**
Street

**Port Ludlow, WA 98365-8210**
City                State                ZIP Code

From **2012**    To **Present**

| Name and address | Dates of service |
|---|---|
| 26b.2.   **Jan Kallshian** <br> Name <br> **20133 33rd Ave Ne** <br> Street <br><br> **Arlington, WA 98223-4249** <br> City    State    ZIP Code | From **2010**   To **Present** |

| Name and address | Dates of service |
|---|---|
| 26b.3.   **Bruce Solly** <br> Name <br> **1630 NW Nassau Ct** <br> Street <br><br> **Poulsbo, WA 98370-9408** <br> City    State    ZIP Code | From **2009**   To **Present** |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. <br> **Bruce Solly** <br> Name <br> **1630 NW Nassau Ct** <br> Street <br><br> **Poulsbo, WA 98370-9408** <br> City    State    ZIP Code | _____ <br> _____ <br> _____ |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. <br> _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Debtor | **Mad About Gardening, LLC** | Case number *(if known)* |
| --- | --- | --- |
| | Name | |

| **Name and address of the person who has possession of inventory records** |
| --- |

27.1. _____

Name

_____

Street

_____

_____

City        State      ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Bruce Solly** | **1630 NW Nassau Ct Poulsbo, WA 98370-9408** | **Sole and Managing Member, Equity** | **100.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| _____ | _____ | _____ | From _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| 30.1. **Bruce Solly** <br> Name <br> **1630 NW Nassau Ct** <br> Street <br> **Poulsbo, WA 98370-9408** <br> City  State  ZIP Code | **$48,383.87** | **April 2023 to April 2024** | **Payroll** |

| **Relationship to debtor** |
| --- |
| **Owner** |

Case 24-11395-CMA   Doc 1   Filed 06/04/24   Ent. 06/04/24 10:15:35   Pg. 48 of 59

| Debtor | **Mad About Gardening, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Traci Tanner** <br> Name <br><br> **1630 NW Nassau Ct** <br> Street <br><br><br> **Poulsbo, WA 98370-9408** <br> City          State          ZIP Code | **$29,912.40** | **April 2023 to April 2024** | **Payroll** |
| Relationship to debtor <br><br> **Spouse of Owner** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:**  Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**06/04/2024**___
          MM/  DD/  YYYY

**X** **/s/ Bruce W. Solly**                    Printed name          **Bruce W. Solly**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **Owner/Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

# United States Bankruptcy Court
## Western District of Washington

In re **Mad About Gardening, LLC** _____

Case No. _____

Debtor(s)

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**Mad About Gardening, LLC**_____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]

_____**06/04/2024**_____
Date

_____**/s/ Kathryn P. Scordato**_____

**Kathryn P. Scordato**
Signature of Attorney or Litigant
Counsel for ____**Mad About Gardening, LLC**____
**Bar Number: 41922**
**Scordato Law, PLLC**
**PO Box 1962**
**Seattle, WA 98111-1962**
**Phone: (206) 223-9595**
**Email: kathryn@scordatolaw.com**

1

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

IN RE:                                                    CHAPTER **7**
**Mad About Gardening, LLC**

DEBTOR(S)                                                 CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| **Bruce W. Solly**<br>1630 NW Nassau Ct.<br>Poulsbo, WA 98370 | Sole and Managing<br>Member | 1000 | Equity |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Owner/Managing Member** _____ of the _____ **Nonpublic Corporation** _____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: **06/04/2024** _____          Signature: **/s/ Bruce W. Solly** _____
                                                            *Bruce W. Solly, Owner/Managing Member*

# United States Bankruptcy Court
## Western District of Washington

**In re**    Mad About Gardening, LLC

Case No. _____

**Debtor**    Chapter _____**7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ **FLAT FEE**

For legal services, I have agreed to accept ................................................................................ **$2,500.00**

Prior to the filing of this statement I have received ................................................................... **$2,500.00**

Balance Due ............................................................................................................................. **$0.00**

☐ **RETAINER**

For legal services, I have agreed to accept and received a retainer of .................................................... _____

The undersigned shall bill against the retainer at an hourly rate of ........................................................ _____
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

The "no look" fee does not include the following services:
i. Responding to any motions regardless of the filing party, including, but not limited to, the following: Motion for Relief from Stay, Motion to Abandon Property, and Motion for Redemption of Property
ii. Adversary Proceedings of any kind
iii. Responding to and/or Representation at Bankruptcy Rule 2004 Examinations
iv. Amendments to Bankruptcy Schedules or Statements after filing
v. Preparation and/or Review of Reaffirmation Agreements
vi. Services Related to Recovery of Garnished Funds and/or Motions or Adversary Proceedings for Turnover of Estate Property
vii. Judgment Lien Avoidance or Lien Stripping
viii. Reopening of the Bankruptcy Case for any reason, including for entry of discharge
ix. Adding additional creditors to a filed bankruptcy case
x. Any other miscellaneous motion or adversary matter not described above.

---

CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| _____06/04/2024_____ | _____/s/ Kathryn P. Scordato_____ |
| Date | Kathryn P. Scordato |
| | *Signature of Attorney* |
| | Bar Number: 41922 |
| | Scordato Law, PLLC |
| | PO Box 1962 |
| | Seattle, WA 98111-1962 |
| | Phone: (206) 223-9595 |
| | _____**Scordato Law, PLLC**_____ |
| | *Name of law firm* |

---

IN RE: **Mad About Gardening, LLC**                    CASE NO

                                                       CHAPTER **7**


## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___**06/04/2024**___      Signature _____**/s/ Bruce W. Solly**_____

                                            Bruce W. Solly, Owner/Managing Member

Alien Finance, LLC
5830 E 2nd St Ste 7000 Pmb 5788
Casper, WY 82609-4308


Amazon Capital Services, Inc.
410 Terry Ave N
Seattle, WA 98109


Apanage Corporation
26296 Twelve Trees Ln NW Ste B
Poulsbo, WA 98370-9435


Bluevine
401 Warren St Ste 300
Redwood City, CA 94063-1536


CHTD Company
PO Box 2576
Springfield, IL 62708-2576


CIT/Direct Capital
155 Commerce Way
Portsmouth, NH 03801-3243


Corporation Service Company
PO Box 2576
Springfield, IL 62708-2576


Cox & Garcia PS
10655 NE 4th St Ste 300
Bellevue, WA 98004-5086

CT Corporation System
Attn: SPRS
330 N Brand Blvd Ste 700
Glendale, CA 91203-2336


Digital Elements DBA 8A
11 Cornell Pl
New Rochelle, NY 10804-3701


Financial Agent Services
PO Box 2576
Springfield, IL 62708-2576


Goldman Sachs
PO Box 46400
Salt Lake City, UT 84145


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346


King Co. Treasury
201 S Jackson St Ste 710
Seattle, WA 98104-3854


LG Funding, LLC
1218 Union St
Brooklyn, NY 11225-1512

Marketing Resource Group
26296 Twelve Trees Ln NW, Ste 100
Poulsbo, WA 98370-9435

OnDeck
Attn: Director of Operations
4700 W Daybreak Pkwy Ste 200
South Jordan, UT 84009-5133

Onramp
1705 S Capital of Texas Hwy
Austin, TX 78746-6578

Paypal, Inc.
Attn: Legal Specialists
PO Box 45950
Omaha, NE 68145-0950

Bruce Warren Solly
1630 NW Nassau Ct
Poulsbo, WA 98370-9408

US Attorney's Office
Attn: Civil Process Clerk
700 Stewart St Room 5220
Seattle, WA 98101

US Attorney's Office
Attn: Bankruptcy Assistant
700 Stewart St Room 5220
Seattle, WA 98101

US Small Business
Administration
CESC - COVID EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155-2243

US Small Business
Administration
409 3rd St SW
Washington, DC 20416


US Small Business
Administration
2401 4th Ave Ste 400
Seattle, WA 98121


US Small Business
Administration
10737 Gateway Blvd W Ste 300
El Paso, TX 79935-4910


WA Dept. of Labor and
Industries
Collections
PO Box 44171
Olympia, WA 98504-4171


WA Dept. of Labor and
Industries
Collections
Po Box 44171
Olympia, WA 98504-4171


WA Dept. of Revenue
Bankruptcy/Claims Unit
2101 4th Ave Ste 1400
Seattle, WA 98121-2379


WA Employment Security
Dept.
UI Tax Admin
PO Box 9046
Olympia, WA 98507-9046


WA Employment Security
Dept.
UI Tax Admin
Po Box 9046
Olympia, WA 98507-9046

WA Office of the Attorney
General
Bankruptcy & Collections Unit
800 5th Ave Ste 2000
Seattle, WA 98104-3188