IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Bankruptcy No. 24-11395-CMA |
| MAD ABOUT GARDENING LLC, ) | |
| d/b/a Toland Flags, ) | DECLARATION OF MICHAEL P. KLEIN |
| ) | IN SUPPORT OF TRUSTEE'S MOTION |
| Debtor(s). ) | FOR AN ORDER AUTHORIZING |
| ) | ABANDONMENT OF PROPERTY OF |
| _____ ) | THE ESTATE |

The undersigned makes the following statement under penalty of perjury:

1. I am over 18 years of age, am competent to testify to the statements herein and make the statements herein based on facts personally known to me.

2. I am the Chapter 7 bankruptcy trustee in the above-captioned matter.

3. I visited the debtor's leased premises located at Twelve Trees Business Park, 26296 Twelve Trees Lane, Building 1, Suite B, Poulsbo, Washington 98370 ("the Premises"), with a representative of the debtor, a representative of the landlord and auctioneer Colin Murphy of James G. Murphy Company. The Premises are leased to a related debtor, Market Resource Group, Inc., Bankruptcy No. 24-11394-CMA ("MRG"). I was also the trustee of MRG, but resigned due to claims between the debtors.

4. There is a great deal of inventory and equipment in the Premises. All of the raw materials and most of the equipment belongs to MRG. The debtor also has some equipment and inventory in the Premises.

5. In my investigation I have learned that the market for the debtor's products, which is primarily flags, doormats and gardening accessories, is very limited. Based on the information

**DECLARATION OF MICHAEL P. KLEIN IN SUPPORT OF TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING ABANDONMENT OF PROPERTY OF THE ESTATE -** 240725hDec  Page 1

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Case 24-11395-CMA    Doc 19    Filed 07/29/24    Ent. 07/29/24 07:35:03    Pg. 1 of 2

provided by Colin Murphy and my observation of the equipment, I believe that the value of all the contents of the Premises is between $60,000 and $80,000. That includes the debtor's equipment and inventory.

6. The debtor's schedules list secured debt in excess of $900,000, including a $500,000 lien in favor of the Small Business Administration. The secured debt exceeds the debtor's valuation of the collateral and substantially exceeds the auctioneer's valuation. The property is both burdensome and of inconsequential value. I believe the abandoning of the equipment and inventory is in the best interest of the estate.

DATED this 26th day of July, 2024.

/S/ *Michael P. Klein*
Michael P. Klein

**DECLARATION OF MICHAEL P. KLEIN IN SUPPORT OF TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING ABANDONMENT OF PROPERTY OF THE ESTATE -** 240725hDec  Page 2

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Case 24-11395-CMA    Doc 19    Filed 07/29/24    Ent. 07/29/24 07:35:03    Pg. 2 of 2